AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **NEW YORK**

```
U.S. MAGISTRATE JUDGE - N.D. OF N.Y.
        FILED
        OCT 0 3 2007
        NEW YORK
AT_____ O'CLOCK_____
HON. LARRY A. KUDRLE
```

**UNITED STATES OF AMERICA**

v.

**JOEL BORDEN**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 07-M-371 LAK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about 2005 until on or about October 3, 2007, in Albany County, and Clinton County in the Northern District of New York and elsewhere, defendant did, (Track Statutory Language of Offense)

knowing devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme and artifice, transmitting and causing to be transmitted in interstate commerce wires, writings, signs, signals, pictures and sounds executing and attempting to execute a scheme or artifice to defraud a financial institution

in violation of Title __18__, United States Code, Section __1343__

I further state that I am a __Special Agent, U.S. FBI__ and that this complaint is based on the following facts:
                            Official Title

**See attachement**

**Continued on the attached sheet and made a part hereof.**   ☒ YES   ☐ NO

Signature of Complaint
STEPHAN F. WEISHAUPT

Sworn to before me, and subscribed in my presence,

__October 3, 2007__                    at    __Plattsburgh, New York__
Date                                          City and State

Larry A. Kudrle
Lawrence A. Kudrle, U.S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer